UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

LUIS ENRIQUE OLIVARES OJEDA et al., individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

18TH AVE. FOOD MARKET, INC. et al.,

Defendants.

-----------------------------------x

**MEMORANDUM & ORDER**
24-CV-3691 (EK)(PCG)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Cross-Goldenberg's Report and Recommendation (R&R) dated August 25, 2026. ECF No. 55. Judge Cross-Goldenberg recommends that the Court grant plaintiffs' motion for default judgment and award plaintiffs $198,740.63 in unpaid minimum wages, $216,823.52 in unpaid overtime wages, $415,564.15 in liquidated damages, $50,000 in statutory damages, pre-judgment interest at the statutory rate of nine percent, and $2,065 in attorneys' fees and costs. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Cross-Goldenberg's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, plaintiffs' motion for default judgment is granted. The Clerk of Court is respectfully directed to enter judgment for plaintiffs, awarding them the following amounts in damages:

| Plaintiff | Unpaid Minimum Wages | Unpaid Overtime Wages | Liquidated Damages | Statutory Damages |
|---|---|---|---|---|
| Olivares | $60,125.60 | $79,870.72 | $139,996.32 | $10,000 |
| Flores | $42,942.40 | $15,140.30 | $58,082.70 | $10,000 |
| Morales | $37,740 | $71,725.89 | $109,465.89 | $10,000 |
| Yac | $23,901.60 | $35,986.30 | $59,887.90 | $10,000 |
| Salazar | $34,031.03 | $14,100.31 | $48,131.34 | $10,000 |

Plaintiffs are also to be awarded pre-judgment interest at a rate of nine percent from the below median dates until the date of judgment:

| Plaintiff | Median Date of Employment Period |
|---|---|
| Olivares | March 11, 2021 |
| Flores | January 4, 2021 |
| Morales | January 12, 2021 |
| Yac | January 11, 2021 |
| Salazar | January 9, 2021 |

Finally, plaintiffs are awarded $2,065 in attorneys' fees and costs. After issuing judgment, the Clerk of Court should close this case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 14, 2026
Brooklyn, New York